THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State of South Carolina,       
Respondent,
 
 
 

v.

 
 
 
Brandy Lynn Kline Pickelsimer,       
Appellant.
 
 
 

Appeal From York County
Lee S. Alford, Circuit Court Judge

Unpublished Opinion No. 2005-UP-127
Submitted February 1, 2005  Filed February 
 17, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of 
 Columbia, for Appellant.
Attorney General Henry D. McMaster, Chief Deputy 
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley 
 W. Elliott, all of Columbia; and Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM:  Brandy Lynn Kline Pickelsimer 
 pled guilty to possession of crack cocaine, possession of a Schedule IV controlled 
 substance with intent to distribute, and trafficking in cocaine.  Pickelsimer 
 argues on appeal that her guilty plea did not comply with the mandates set forth 
 in Boykin v. Alabama, 395 U.S. 238 (1969).  Her appellate attorney attached 
 to the final brief a petition to be relieved as counsel, stating she reviewed 
 the record and concluded Pickelsimers appeal is without merit.  Pickelsimer 
 did not file a pro se response.  
After a thorough review of the record 
 pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. 
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and 
 grant counsels petition to be relieved.
 APPEAL DISMISSED. 
 [1] 
GOOLSBY, HUFF, and STILWELL, JJ., concur.

 
 
 [1]   We decide this case without oral argument pursuant to Rules 215 
 and 220(b)(2), SCACR.